This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF CRISTI ALDOFF**
**LARRY ALDOFF,**

**Plaintiff-Appellant,**

**vs.**                                                  **No. 34,391**

**DENNY BEAL, KAYLA BEAL, JIMMY BEAL, and JOHN BEAL,**

**Defendants-Appellees.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nan G Nash, District Judge**

Larry Aldoff
Los Lunas, NM

Pro Se Appellant

Cadigan Law Firm, P.C.
Michael J. Cadigan
Kristina Caffrey

for Appellees

## MEMORANDUM OPINION

**HANISEE, Judge.**

{1}     Plaintiff appeals an adverse judgment entered by the district court following a bench trial. We issued a notice of proposed summary disposition, proposing to affirm. Plaintiff requested an extension of time in which to file a memorandum opposing such summary affirmance, and the extension was granted until December 4, 2015. To date, over a month later, no memorandum in opposition has been filed. Therefore, for the reasons stated in the notice of proposed summary disposition, we affirm.

{2}     **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JONATHAN B. SUTIN, Judge**

**TIMOTHY L. GARCIA, Judge**

2